**DISMISS; and Opinion Filed December 16, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01225-CV

**JUNG HYUN HA, Appellant**

**V.**

**MNR GROUP, LLC AND KYUNG NAM SEO, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00497**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Stoddart
Opinion by Justice Fillmore

Before the Court is appellant's December 13, 2016 motion to dismiss the appeal. In the motion, the appellant states the parties have reached a settlement agreement and no longer wish to pursue the appeal.

We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

161225F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JUNG HYUN HA, Appellant

No. 05-16-01225-CV          V.

MNR GROUP, LLC AND KYUNG NAM SEO, Appellees

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-00497.
Opinion delivered by Justice Fillmore, Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees MNR GROUP, LLC AND KYUNG NAM SEO recover their costs of this appeal, if any, from appellant JUNG HYUN HA.

Judgment entered this 16th day of December, 2016.